761 A.2d 89

IN THE MATTER OF JOAN GERTSACOV
SMITH, AN ATTORNEY AT LAW.

November 3, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **JOAN GERTSACOV SMITH** of **MOORESTOWN,** who was admitted to the bar of this State in 1974, and who was suspended from practice for a period of six months effective November 12, 1997, by Order of the Court dated October 15, 1997, and who remains suspended at this time, should be suspended from the practice of law for a period of six months for unethical conduct in the *Abroitz* matter, and good cause appearing;

It is ORDERED that for her violations of *RPC* 1.5(b) (failure to communicate the basis or rate of the fee in writing), *RPC* 1.16(d)

(failure to surrender client's papers upon termination of representation), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *R.*1:20–20 (failure to give notice of suspension to all persons required or to file an affidavit of compliance with *R.*1:20–20), **JOAN GERTSACOV SMITH** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.